### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

HAOTIAN SUN and PENGFEI XUE,

*Defendants.*

Criminal Action No. 21-646 (TJK)

### VERDICT FORM

Please indicate your verdicts with a checkmark.  Your verdict on each count must be unanimous.

**Count One:   Conspiracy to Commit Mail Fraud**

    **A.**    **Verdict on Count One as to Haotian Sun**

        Not Guilty _____        Guilty _✓_

    **B.**    **Verdict on Count One as to Pengfei Xue**

        Not Guilty _____        Guilty _✓_

**Count Two:   Mail Fraud (on or about October 30, 2017) as to Pengfei Xue**

        Not Guilty _____        Guilty _✓_

**Count Three: Mail Fraud (on or about November 16, 2017) as to Pengfei Xue**

        Not Guilty _____        Guilty _✓_

**Count Four:  Mail Fraud (on or about December 22, 2017) as to Pengfei Xue**

        Not Guilty _____        Guilty _✓_

**Count Five:**   **Mail Fraud (on or about January 5, 2018) as to Pengfei Xue**

                Not Guilty _____        Guilty _✓_____

**Count Six:**   **Mail Fraud (on or about March 29, 2018) as to Pengfei Xue**

                Not Guilty _____        Guilty _✓_____

**Count Seven: Mail Fraud (on or about April 2, 2018) as to Pengfei Xue**

                Not Guilty _____        Guilty _✓_____

**Count Eight: Mail Fraud (on or about October 3, 2018) as to Haotian Sun**

                Not Guilty _____        Guilty _✓_____

Date:  February 20th, 2024

                                    _____
                                      Signature of Foreperson